No. 670. AETNA LIFE INSURANCE CO. *v.* TEXAS GULF SULPHUR CO.; and

No. 673. TEXAS GULF SULPHUR CO. *v.* AETNA LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied. *John C. White* and *W. Braxton Dew* for the Aetna Life Insurance Co. *F. G. Coates* for the Texas Gulf Sulphur Co. Reported below: 235 F. 2d 791.

No. 671. CENTRAL-STATES CORPORATION *v.* TRINITY UNIVERSAL INSURANCE CO. C. A. 10th Cir. Certiorari denied. *Samuel Morgan, Martin W. Bell* and *Henry B. Keiser* for petitioner. *Howard T. Fleeson* and *Dale M. Stucky* for respondent.

No. 676. MUMMA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Robert V. Morse* for petitioner. *Solicitor General Rankin, Assistant Attorney General Hansen, Charles H. Weston, Robert L. Farrington, Neil Brooks* and *Donald A. Campbell* for the United States.

No. 678. NEW YORK, CHICAGO & ST. LOUIS RAILROAD CO. *v.* MASIGLOWA. C. A. 6th Cir. Certiorari denied. *Edwin Knachel, Donald E. Ryan* and *Richard C. Ogline* for petitioner. *Elmer I. Schwartz* for respondent.

No. 680. WABASH RAILROAD CO. *v.* LINK. C. A. 7th Cir. Certiorari denied. *John L. Davidson, Jr.* and *L. Duncan Lloyd* for petitioner.

No. 683. CITIZENS CASUALTY CO. OF NEW YORK *v.* L. C. JONES TRUCKING CO., INC., ET AL. C. A. 10th Cir. Certiorari denied. *Duke Duvall* for petitioner. *M. A. Ned Looney* for the National Surety Corporation, respondent.